```
ADAM BRAVERMAN
United States Attorney
ARI D. FITZWATER
Special Assistant U.S. Attorney
California Bar No. 301438
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8756
Email: ari.fitzwater@usdoj.gov
```

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ANTONIO TADEO<br>HERNANDEZ-PERAZA,<br><br>Defendant. | Case No.: 17CR3741-AJB<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should also be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

NONE.

Effective this date, <u>the following attorneys are no longer associated with this case</u>

and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    BLANCA QUINTERO.

DATED:  December 4, 2017

                                    Respectfully submitted,

                                    ADAM BRAVERMAN
                                  United States Attorney

                                  */s/ Ari D. Fitzwater*
                                  ARI D. FITZWATER
                                  Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.17CR3741-AJB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| MARIO ANTONIO TADEO HERNANDEZ-PERAZA, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Ari D. Fitzwater, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on all parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2017

/s/ Ari D. Fitzwater
ARI D. FITZWATER
Special Assistant U.S. Attorney